UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

*Electronically filed*

CRIMINAL NO. 23-70-DCR-MAS

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.               **MOTION FOR VARIANCE**

MARK EDWARD MORRIS                                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Defendant, Mark Edward Morris, by counsel, respectfully moves the Court to vary downward from the advisory sentencing guidelines. He submits that a sentence of twenty-four months would be sufficient, but not greater than necessary, to comply with 18 U.S.C. Sec. 3553(a). He has filed a sealed memorandum in support of his motion.

Respectfully submitted,

s/ Adele Burt Brown
ADELE BURT BROWN
201 West Short Street, Suite 600
Lexington, Kentucky 40507
(859) 255-0094

ATTORNEY FOR DEFENDANT

**CERTIFICATE**

I certify that I filed this MOTION FOR VARIANCE with the Clerk of Court on December 5, 2023 using the CM/ECF system, which will electronically notify Hon. Erin M. Roth, Assistant United States Attorney.

s/ Adele Burt Brown
ADELE BURT BROWN