UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. __5: 23-CR-070-DCR___          At __Lexington___          Date __December 15, 2023___

__USA vs. Mark Edward Morris___          _x_ present   _x_ custody   ___ bond   ___ OR   Age ___

DOCKET ENTRY:  The parties appeared for a sentencing hearing as noted.  United States Probation Officer Brittany Cardin also was present.  The Court adopts the findings and guideline calculations set out in the the Presentence Report ("PSR").  The PSR shall be filed in the record under seal pursuant to Rule 32 of the Federal Rules of Criminal Procedure.  The government's oral motion for a third-level reduction for acceptance credit is **SUSTAINED**.  The defendant's motion for a downward departure [Record No. 22] is **SUSTAINED**.  The government objected to a sentence below the guideline range and additionally, noted for the record that defendant's federal arrest date is incorrect in the PSR.  The United States Probation Officer is directed to prepare an Addendum to the PSR to reflect the correct date.  The parties were advised of their appellate rights.

PRESENT:    HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Lisa Moore | Lauren Gootee | none | Erin Roth |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant: _Adele Burt Brown_   _x_ present   ___ retained   _x_ appointed

PROCEEDINGS:  **SENTENCING** (non-evidentiary)

_____          Objection to Presentence Report.

_x_          No objection to Presentence Report.

_x_          After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights and, if the defendant chooses not to file a notice of appeal, indicating such in the notice.  If a notice of appeal is filed, counsel need not file this information with the Court.

_____          Court's Advice of Right to Appeal provided to defendant.

_x_          Transcript shall be deemed as written findings of Court.

_x_          Judgment shall be entered (See Judgment & Commitment.)

_x_          Defendant remanded to custody of United States Marshal pending designation by Bureau of Prisons.

Copies:  COR, USP, USM

Initials of Deputy Clerk:    lkm
TIC: /30

1